IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  02-cv-01116-LTB-CBS

STEPHEN C. ROTH, as an individual and
JEAN E. GUMESON, as an individual,

　　　　Plaintiffs,

v.

MICHAEL F. GREEN, as an individual and in his official capacity, *et al.*,

　　　　Defendants.
_____

ORDER
_____

　　　　Upon Defendants City of Cortez, Dennis Spruell, Danny Dufur, and Roy C. Lane's Motion for Leave to File a Supplemental Reply in Support of Motion for Sanctions Against Robert J. Mulhern (Doc 217 - filed January 17, 2007), it is

　　　　ORDERED that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/Lewis T. Babcock
　　　　　　　　　　　　　　　　　　　　　　　LEWIS T. BABCOCK, Chief Judge

DATED: January 18, 2007