IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-B-1116-LTB-CBS

STEPHEN C. ROTH; and
JEAN E. GUMESON,

        Plaintiffs,

v.

MICHAEL F. GREEN, as an individual and in his official capacity; et al
        Defendants.

_____

**ORDER GRANTING UNOPPOSED STATE DEFENDANTS'
MOTION TO BE EXCUSED FROM FURTHER PROCEEDINGS**
_____

THE COURT having considered State Defendants' Unopposed Motion to be Excused from Further Proceedings and being duly informed in the premises,

HEREBY GRANTS State Defendants' said Motion and further orders that the Court Clerk and all parties strike State Defendants' name and address from notification of further proceedings in this matter.

DATED this ___16th___ day of ___March___, 2007.

                                      BY THE COURT:

                                      ___s/Lewis T. Babcock___
                                      U.S. District Court Judge