**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  02-cv-01116-LTB-CBS

STEPHEN C. ROTH, as an individual and
JEAN E. GUMESON, as an individual,

       Plaintiffs,

v.

MICHAEL F. GREEN, as an individual and in his official capacity, et al.

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       The Motion to Withdraw as Attorney and to Turn off Notifications (Doc 251 - filed August 31, 2007) is GRANTED.  Daniel M. Fowler and Katherine Taylor Eubank of the law firm of Fowler, Schimberg & Flanagan, PC, are allowed to withdraw as counsel for Defendants Town of Mountain Village, Officer Dale Wood, and Officer Ken Brackett and their electronic notifications should be turned off.




Dated:  September 4, 2007
_____