## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 02-cv-01116-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  October 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

STEPHEN C. ROTH, *et al.,*        Robert J. Mulhern

    **Plaintiffs,**

    v.

MICHAEL F. GREEN,        Gordon L. Vaughan
in his individual and official capacities, *et al.,*    Earl G. Rhodes
        Sean J. Lane

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   EVIDENTIARY HEARING**
**Court in Session:      1:30 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the pending motions for sanctions against attorney Robert S. Mulhern pursuant to 28 U.S.C. § 1927 and for sanctions against his clients, pursuant to the Mandate and Order of Remand by the Tenth Circuit Court of Appeals in the above captioned matter.

**ORDERED:   The Motion for Protective Orders as to Discovery of General Asset Information [filed October 6, 2007; doc. 254] is taken under advisement**.

3:10 p.m.      Mr. Rhodes call Robert J. Mulhern.  Witness is sworn in, and Mr. Rhodes performs examination of the witness.

3:20 p.m.      Mr. Vaughan performs examination of Mr. Mulhern.

The court questions Mr. Mulhern.

3:43 p.m.      Examination of Robert J. Mulhern completed.

HEARING CONCLUDED.

**Court in Recess:**     **3:59 p.m.**
Total In-Court Time:    02:29