IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-01116-LTB-CBS

STEPHEN C. ROTH, as an individual, and
JEAN E. GUMESON, as an individual,

    Plaintiffs,

v.

MICHAEL F. GREEN, as an individual and in his official capacity, *et al.*,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that, pursuant to the Statement of "Montezuma Defendants" Re Sanctions [filed October 25; 2007], the Motion Requesting the Montezuma Defendants to Inform the Court if They are Still Seeking Sanctions is **denied as moot**.

**DATED:**    February 22, 2008