**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  02-cv-01116-LTB-CBS

STEPHEN C. ROTH, as an individual and
JEAN E. GUMESON, as an individual,

        Plaintiffs,

v.

MICHAEL F. GREEN, as an individual and in his official capacity, et al.

        Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion for Judgment re: Order. . . on remand dated October 27, 2010 (Doc 294 - filed December 29, 2010) is DENIED.  Counsel is directed to file an appropriate motion seeking the requested relief.

Dated:  January 3, 2011
_____